IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES D. BRYSON,                          Case No.: C-12-03254 JSC

             Plaintiff,            **JUDGMENT**

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

           Defendant.

     The Court, having granted Defendant's Cross-Motion for Summary Judgment on Plaintiff's Complaint by Order filed April 29, 2013, enters judgment in favor of Defendant and against Plaintiff.

     **IT IS SO ORDERED.**

Dated:  April 29, 2013

                             _____
                             JACQUELINE SCOTT CORLEY
                             UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

United States District Court

Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28