IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. BRYSON, | Case No.: C-12-03254 JSC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | |
| Defendant. | |

The Court, having granted Defendant's Cross-Motion for Summary Judgment on Plaintiff's Complaint by Order filed April 29, 2013, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 29, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE